IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Cayla R.,<br><br>      Plaintiff,<br>  v.<br><br>Morgan Hill Unified School District, et al.,<br><br>      Defendants. | NO. C 10-04312 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

This case is scheduled for a Case Management Conference on March 14, 2011. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (See Docket Item No. 32.) On December 23, 2010, Defendants filed a Motion to Dismiss that is set for a hearing on March 14, 2011. (See Docket Item No. 23.) In light of the pending dispositive Motion, the Court finds that a Case Management Conference would be premature at this time.

Accordingly, the Court VACATES the March 14 Conference. The Court will set a new Case Management Conference date in its Order addressing Defendants' Motion to Dismiss, if necessary.

Dated: March 9, 2011

                                                    JAMES WARE<br>
                                                    United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christian Marie Knox christian@rudermanknox.com
Gary Robert Gibeaut grgibeaut@gmb-law.com
Hans Albert Gillinger hgillinger@gmb-law.com
Karen Joie Manabo kmanabo@gmb-law.com
Nancy Ann Mahan-Lamb nmahan-lamb@gmb-law.com

**Dated: March 9, 2011**     **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**