**United States District Court**
For the Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    CAYLA R. ET AL.,                          No. 5:10-cv-03465-EJD

8              Plaintiff(s),
                                               CLERK'S NOTICE CONTINUING MOTION
9         v.                                   HEARING

10   MORGAN HILL UNIFIED SCHOOL
     DISTRICT, ET AL.,
11
               Defendant(s).
12
     _____/
13

14   TO ALL PARTIES AND COUNSEL OF RECORD:

15

16   YOU ARE NOTIFIED THAT the Motion to Dismiss (Docket Item No. 44) before Judge Edward J.

17   Davila previously noticed for August 26, 2011 at 9:00 AM has been reset to **September 30, 2011 at**

18   **9:00 AM in** Courtroom 1, 5th Floor, 280 S. 1st  Street, San Jose, California.

19   Dated:  May 5, 2011

20                                             FOR THE COURT,
                                               Richard W. Wieking, Clerk
21

22                                             by:  *Elizabeth C Garcia*
                                                    Elizabeth C. Garcia
23                                                  Courtroom Deputy

24

25

26

27

28