1  **GIBEAUT, MAHAN & BRISCOE**
   GARY ROBERT GIBEAUT, ESQ. (State Bar No. 70951)
2  NANCY MAHAN-LAMB, ESQ. (State Bar No. 117997)
   HANS ALBERT GILLINGER, ESQ. (State Bar No. 243973)
3      hans@gillinger.com
       KAREN J. MANABO, ESQ. (State Bar No. 274527)
4  6701 Center Drive West, Suite 611
   Los Angeles, California 90045
5  Telephone:  (310) 410-2020 ♦ Facsimile:  (310) 410-2010

6  Attorneys for Defendants, MORGAN HILL UNIFIED SCHOOL DISTRICT,
   DR. THOMAS FRIED, and CHRISTOPHER RIZZUTO
7

8  RUDERMAN AND KNOX
   CHRISTIAN KNOX, ESQ.
9  2020 Hurley Way, Suite 405
   Sacramento, California 95825
10 Telephone:  (916) 563-0100 ♦ Facsimile:  (916) 563-0114

11 Attorneys for Plaintiff, CAYLA R., by and through her Conservator,
   CATHLEEN R.
12

13

14                  UNITED STATES DISTRICT COURT

15    FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

16

| | |
|---|---|
| 17  CAYLA R., by and through her Conservator, CATHLEEN R. | Case No.  CV 5:10-CV-04312-EJD |
| 18 | Honorable Edward J. Davila |
| 19        Plaintiffs, | STIPULATION TO EXTEND DEADLINE TO COMPLETE |
| 20        vs. | MEDIATION AND [PROPOSED] ORDER |
| 21  MORGAN HILL UNIFIED SCHOOL | |
| 22  DISTRICT; THOMAS FRIED; CHRISTOPHER RIZZUTO; | *[Filed Concurrently with Declaration of Hans Gillinger]* |
| 23 | |
| 24        Defendants. | |
| 25 | |

26

27

28

- 1 -

1      WHEREAS on September 23, 2010, this Court issued a Case Management

2  Order Setting Initial Case Management Conference and ADR Deadlines, Re ADR

3  (document 2), which required plaintiff CAYLA R. (hereinafter "Plaintiff") and

4  defendants MORGAN HILL UNIFIED SCHOOL DISTRICT, THOMAS FRIED,

5  and CHRISTOPHER RIZZUTO (collectively hereinafter "Defendants") to meet and

6  confer regarding ADR selection;

7      WHEREAS Plaintiff and Defendants (collectively hereinafter "Parties") met

8  and conferred to discuss ADR options (document 4, 5), and agreed to participate in

9  and select the ADR process of Mediation pursuant to ADR Local Rule 6

10  (Declaration of Hans Gillinger in support of the Parties Stipulation to Extend

11  Deadline to Extend Mediation Completion Date (See concurrently filed Declaration

12  of Hans Gillinger, Exhibit "A," at ¶ 3);

13      WHEREAS on November 8, 2010, the Parties filed a stipulation and

14  [Proposed] Order (document 3) selecting Mediation, and agreeing to hold Mediation

15  by the presumptive deadline fixed by ADR Local Rule 6-4(b) (*Id.* at ¶ 3);

16      WHEREAS on January 26, 2011, Defendants filed a stipulation to extend the

17  deadline to complete mediation (Document 27) to allow the Parties to mediate this

18  matter on the agreed-upon date of May 13, 2011(*Id.* at ¶ 8);

19      WHEREAS on January 28, 2011, this Court issued its order (Document 30)

20  granting the Parties' request to amend the deadline to complete mediation to May

21  20, 2011 to allow the Parties to mediate this matter on May 13, 2011, the date

22  mutually selected by the Parties (*Id.* at ¶ 9);

23      WHEREAS on March 10, 2011, this Court issued its order (Document 38)

24  ("Order") ruling on Defendants' motion to dismiss the Complaint, which dismissed

25  all claims in the Complaint.  The Order granted Plaintiff leave to amend the

26  Complaint as to all three claims to perfect its deficiencies (Order at Page 7 at ¶¶ 3,

27  C) (*Id.* at ¶ 10);

28  / / /

1    WHEREAS on March 31, 2011, Plaintiff timely filed a First Amended

2    Complaint ("FAC") pursuant to Section 504 (document 39) (*Id.* at ¶ 11);

3    WHEREAS on April 14, 2011, Defendants timely moved for dismissal of the

4    claims in the FAC, and noticed the hearing on said motion for May 23, 2011, at 9:00

5    a.m. in the Honorable James Ware's courtroom located at 280 South 1st Street, San

6    Jose, California (Document 40-2). Subsequently said motion was re-set to

7    September 26, 2011 by the Notice of the Clerk of the Honorable James Ware

8    (Document 41) (*Id.* at ¶ 12);

9    WHEREAS on April 25, 2011, this Court issued a Reassignment Order

10   (Document 42) vacating all pending and then-presently pending matters, and

11   ordering the Parties to re-file and re-notice any then-pending motions, (Defendants'

12   Rule 12 Motion (Documents 40, 40-1, 40-2) was the only pending motion at the

13   time), following reassignment of this case to the Honorable Edward J. Davila

14   (Document 42) (*Id.* at ¶ 14);

15   WHEREAS on April 25, 2011, Defendants withdrew its previous filed Rule

16   12 Motion pursuant to paragraph seven (7) of the April 25, 2011 Reassignment

17   Order (Document 42), and in accordance with Local Rule 7-7 of the Northern

18   District of California United States District Court (*Id.* at ¶ 15);

19   WHEREAS on April 27, 2011, Defendants timely and properly re-filed its

20   prior motion to dismiss and re-noticed said motion for hearing on August 26, 2011

21   at 9:00 a.m. before this Court located in Courtroom 1 on the 5th Floor of the San

22   Jose courthouse of the Northern District of California (Documents 44, 44-1, 44-2)

23   (*Id.* at ¶ 15);

24   WHEREAS on May 2, 2011, the Parties met, conferred, and agreed that

25   mediation must follow the Court's ruling on Defendants' pending Rule 12 Motion

26   (Documents 44, 44-1, 44-2) in order to ascertain what, if anything, will be put in

27   issue by the FAC of Plaintiff, and the Parties further agreed that settlement efforts

28   are premature until after the Court rules on Defendants' pending Rule 12 Motion

- 3 -

1  (Documents 44, 44-1, 44-2) (*Id.* at ¶ 16);

2      WHEREAS on May 2, 2011, the Parties agreed to stipulate to a request that

3  this Court extend the deadline to complete mediation to a date no sooner than one

4  (1) month after the re-noticed August 26, 2011 hearing on Defendants' dispositive

5  Rule 12 motion (Documents 44, 44-1, 44-2) (*Id.* at ¶ 16);

6      WHEREAS the Court granted the stipulation and extended the mediation

7  completion date for one (1) month after the September 30, 2011 hearing on

8  Defendants' dispositive Rule 12 motion (Documents 44, 44-1, 44-2). (Document

9  49). (*Id.* at ¶ 15);

10      WHEREAS this Honorable Court entertained oral arguments at the at the re-

11  set hearing on Defendants' dispositive Rule 12 motion (Documents 44, 44-1, 44-2)

12  on September 30, 2011, and issued an Amended Civil Minutes taking the matter

13  under submission with further Orders to follow. (Document 55). (*Id.* at ¶ 17);

14      WHEREAS the date for the Court's ruling on Defendants' dispositive Rule 12

15  motion (Documents 44, 44-1, 44-2) is uncertain and may issue subsequent to

16  October 30, 2011 – the current mediation cut-off date (Document 49) (*Id.* at ¶ 16);

17      WHEREAS the Parties require no less than forty-five (45) additional days,

18  and jointly request the Court vacate the current mediation completion date and order

19  the parties to complete mediation in this matter on or before December 15, 2011.

20  (*Id.* at ¶¶ 16, 17);

21      WHEREAS the rescheduling of the mediation completion date shall in no

22  way interfere with the progress of discovery or other aspects of the litigation and

23  shall not impact any dates set by this Court apart from the mediation completion

24  date (*Id.* at ¶ 17);

25      WHEREUPON pursuant to *Federal Rule of Civil Procedure* 16(d), ADR

26  Local Rule 6-5(a), and Civil Local Rule 7, the Parties stipulate to a forty-five (45)

27  day extension of the mediation deadline from the current date of October 30, 2011

28  to December 15, 2011 so that the Court may issue its ruling on Defendants'

dispositive Rule 12 motion, which is submitted for decision.  The Parties submit the following [proposed] Order to effect their stipulated agreement.

DATED:     November 2, 2011                    RUDERMAN AND KNOX

                                    By   /S/ CHRISTIAN KNOX__
                                         CHRISTIAN KNOX
                                         Attorneys for Plaintiff, CAYLA R., by and
                                         through her Conservator, CATHLEEN R.


DATED:     November 2, 2011                    GIBEAUT, MAHAN & BRISCOE

                                    By   /S/ HANS GILLINGER__
                                         HANS ALBERT GILLINGER
                                         Attorneys for Defendants, MORGAN
                                         HILL UNIFIED SCHOOL DISTRICT;
                                         THOMAS FRIED; and CHRISTOPHER
                                         RIZZUTO

**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION COMPLETION DATE Case No.
CV 5:10-CV-04312-EJD**

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties hereto, the Court GRANTS the Parties' request and AMENDS the deadline to complete mediation to December 15, 2011, an additional forty-five (45) days so that the Court may issue its ruling on Defendants' dispositive Rule 12 motion, which is submitted for decision

## PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: November 7, 2011

Hon. Edward J. Davila,
District Judge of the United States District
Court for the Northern District of California

- 6 -

1

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(x)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/S/) within this e-filed document, and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.


DATED:      November 2, 2011              GIBEAUT, MAHAN & BRISCOE


                                     By      /S/ HANS GILLINGER
                                          HANS ALBERT GILLINGER
                                          Attorneys for Defendants,
                                          MORGAN HILL UNIFIED
                                          SCHOOL DISTRICT;
                                          THOMAS FRIED; and
                                          CHRISTOPHER RIZZUTO;

**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION COMPLETION DATE Case No.
CV 5:10-CV-04312-EJD**