GIBEAUT, MAHAN & BRISCOE
GARY ROBERT GIBEAUT, ESQ. (State Bar No. 70951)
NANCY MAHAN-LAMB, ESQ. (State Bar No. 117997)
JULIE A. MULLANE, ESQ. (State Bar No. 191761)
jmullane@gmb-law.com
6701 Center Drive West, Suite 611
Los Angeles, California 90045
Telephone: (310) 410-2020 ♦ Facsimile: (310) 410-2010

Attorneys for Defendants, MORGAN HILL UNIFIED SCHOOL DISTRICT, DR. THOMAS FRIED, and CHRISTOPHER RIZZUTO

RUDERMAN AND KNOX, LLP
CHRISTIAN KNOX, ESQ. (State Bar No. 171780)
DIANA B. GLICK, ESQ. (State Bar No. 257533)
2020 Hurley Way, Suite 405
Sacramento, California 95825
Telephone: (916) 563-0100 ♦ Facsimile: (916) 563-0114

Attorneys for Plaintiff, CAYLA R., by and through her Conservator, CATHLEEN R.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CAYLA R., by and through her Conservator, CATHLEEN R.,<br><br>   Plaintiffs,<br><br>vs.<br><br>MORGAN HILL UNIFIED SCHOOL DISTRICT; THOMAS FRIED; CHRISTOPHER RIZZUTO;<br><br>   Defendants. | Case No. CV 5:10-CV-04312-EJD<br><br>Honorable Edward J. Davila<br><br>STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION AND [PROPOSED] ORDER |

WHEREAS Plaintiff and Defendants (collectively hereinafter "Parties") have agreed to participate in Mediation pursuant to ADR Local Rule 6;

WHEREAS the Parties have met, conferred, and agreed that mediation must follow the Court's ruling on Defendants' pending Rule 12 Motion in order to ascertain what, if anything, will be put in issue by the FAC of Plaintiff, and the Parties further agreed that settlement efforts are premature until after the Court rules on Defendants' pending Rule 12 Motion (Documents 44, 44-1, 44-2);

WHEREAS in an attempt to accomplish this goal of mediating the case after the court rules on the Rule 12 motion, Parties have stipulated a number of times to a continuance of the deadline to complete mediation with the Court granting such request;

WHEREAS on September 30, 2011, this Honorable Court entertained oral arguments and took with matter under submission with further Orders to follow. (Document 55);

WHEREAS the Rule 12 Motion remains under submission and the date for the Court's ruling on Defendants' dispositive Rule 12 motion (Documents 44, 44-1, 44-2) remains uncertain and may issue subsequent to December 15, 2011 – the current mediation cut-off date (Document 49);

WHEREAS the Parties require no less than forty-five (45) additional days, and jointly request the Court vacate the current mediation completion date and order the parties to complete mediation in this matter on or before January 29, 2011;

WHEREAS the rescheduling of the mediation completion date shall in no way interfere with the progress of discovery or other aspects of the litigation and shall not impact any dates set by this Court apart from the mediation completion date;

WHEREUPON pursuant to *Federal Rule of Civil Procedure* 16(d), ADR Local Rule 6-5(a), and Civil Local Rule 7, the Parties stipulate to a forty-five (45) day extension of the mediation deadline from the current date of December 15, 2011

so that the Court may issue its ruling on Defendants' dispositive Rule 12 motion, which is submitted for decision. The Parties submit the following [proposed] Order to effect their stipulated agreement.

DATED: December 2, 2011  RUDERMAN AND KNOX

By *Diana B. Glick*
DIANA B. GLICK
Attorneys for Plaintiff, CAYLA R., by and through her Conservator, CATHLEEN R.

DATED: December 2, 2011  GIBEAUT, MAHAN & BRISCOE

By *Julie A. Mullane*
JULIE A. MULLANE
Attorneys for Defendants, MORGAN HILL UNIFIED SCHOOL DISTRICT; THOMAS FRIED; and CHRISTOPHER RIZZUTO

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties hereto, the Court GRANTS the Parties' request and AMENDS the deadline to complete mediation to January 29, 2012, an additional forty-five (45) days so that the Court may issue its ruling on Defendants' dispositive Rule 12 motion, which is submitted for decision

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: December 7, 2011

_____
Hon. Edward J. Davila,
District Judge of the United States District Court for the Northern District of California

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Law Offices of GIBEAUT, MAHAN & BRISCOE, 6701 Center Drive West, Suite 611, Los Angeles, California 90045.

On **December 2, 2011**, I served the documents described as: STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION AND [PROPOSED] ORDER upon the parties listed below and in the following manner described preceding each list of recipients:

## BY NOTICE OF ELECTRONIC FILING – CM/ECF

Pursuant to Civil L.R. 5-5 and General Order No. 45, a Notice of Electronic Filing will be sent **electronically** and the following persons deemed served by simultaneously filing the attached documents via the CM/ECF system of the United States District Court, Northern District of California, Case No. 10-04312-HRL:

Attorneys for Plaintiffs:
- Richard F. Ruderman — rick@richardruderman.com
- Christian Marie Knox — amdak2003@yahoo.com

Counsel for Defendants:
- Hans A. Gillinger — hgillinger@gmb-law.com
- Gary Robert Gibeaut — grgibeaut@gmb-law.com
- Nancy Mahan-Lamb — nmahan-lamb@gmb-law.com
- Karen Manabo — kmanabo@gmb-law.com

Co-Counsel for Defendants:
- Amy Levine — alevine@dwkesq.com

**BY U.S. MAIL**

The following person was not registered with the Court's CM/ECF system, so I placed the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below for delivery. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. Service by U.S. Mail as described above was made to the following person:

Co-Counsel for Defendants:
- Tracy Lowman Tibbals
  Dannis Woliver Kelley
  71 Stevenson St. 19th Fl.
  San Francisco, California 94105

Attorneys for Plaintiff:
- Diana B. Glick
  RUDERMAN & KNOX, LLP
  2020 Hurley Way, Suite 405
  Sacramento, CA 96825

I HEREBY CERTIFY that on the 2nd day of March, 2011 in Los Angeles, California, I filed the foregoing electronically through the CM/ECF system of this Court, which caused the parties to be served by electronic means except as to those not registered with the Court's CM/ECF system whom I served by U.S. Mail. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

By _____
SHANI PARKER HOPWOOD